UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Grace D Elie**
     Plaintiff

                                                                                                 CIVIL ACTION

V.

                                                                                                NO. **1:24-cv-10536-RGS**

**Wells Fargo as Trustee et al**
     Defendants

**ORDER OF DISMISSAL**

Stearns, D. J.

     In accordance with the Court's Order entered November 14, 2024 [Doc. No. 22] it is hereby ORDERED that **Korde & Associates** in the above-entitled action be and hereby is DISMISSED.

                                                                                        By the Court,

11/14/2024                                                                     /s/ Jacqueline Martin
     Date                                                                                     Docket Clerk